Cedric C. **MITCHELL**, Claimant–Appellant

v.

Robert A. **McDONALD**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2015–7084.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

Jeffrey Lowry, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Martin F. Hockey; Brian D. Griffin, Martin James Sendek, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, MOORE and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.